UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOLMES,<br>  Plaintiff(s),<br>v.<br>CLARK COUNTY,<br>  Defendant(s). | Case No. 2:23-cv-01988-JCM-DJA<br><br>**Order** |

On March 12, 2024, the Court set an early neutral evaluation for May 21, 2024. Docket No. 15. The Court ordered evaluation statements to be provided by 3:00 p.m. on May 14, 2024. *Id.* at 3. That order also specified the information to be included in that statement, including ordering in bold two separate times that the statement must include an email address for each participant. *Id.* at 1, 3. In the lead up to the early neutral evaluation, Plaintiff's counsel violated the order several times, including that: (1) they failed to submit an evaluation statement by the ordered deadline; (2) after being ordered (again) to submit an evaluation statement, they submitted one that did not provide the information required (including email addresses); and (3) after being ordered for a third time to submit an evaluation statement with the required information, they did not do so. *See* Docket Nos. 24, 25, 26.[1] Attorneys Dan Winder and Arnold Weinstock are hereby **ADMONISHED** for repeatedly violating the Court's orders. **Failure to comply with the Court's orders moving forward may result in the imposition of sanctions.**

As the Court has made clear already, rescheduling the early neutral evaluation within the timeframe contemplated in the local rules is not feasible at this late stage. *See* Docket No. 24 at 2 n.1. Moreover, violating the Court's orders is assuredly not good cause to justify relief from that

---

[1] Plaintiff's counsel also violated the initial order setting the early neutral evaluation with respect to requesting a continuance. *See* Docket No. 24.

timeframe. Accordingly, the Court declines to hold an early neutral evaluation in this case. *See* Local Rule 16-6(c) ("The evaluating magistrate judge . . . may exempt any case from the early neutral evaluation on the judge's own motion"). The Clerk's Office is **INSTRUCTED** to remove the ENE flag and to remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

Dated: May 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge