LAW OFFICE OF DAN M. WINDER, P.C.
Dan M. Winder, Esq.
Nevada State Bar No. 001569
Arnold Weinstock, Esq.
Nevada State Bar No. 00810
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Fax: (702) 474-0631
Email: winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL HOLMES

     Plaintiff,

vs.

CLARK COUNTY, a political subdivision of

the State of Nevada,

     Defendant.

Case No: 2:23-cv-01988-JCM-DJA

**STIPULATED DISCOVERY PLAN**
**AND SCHEDULING ORDER**

     Pursuant to FRCP 26(f), Plaintiff Michael Holmes and Defendant Clark County, through their respective counsel of record, submit the following stipulated proposed Discovery Plan and Scheduling Order.

**PROPOSED SCHEDULE**

    1.    Estimate of Time Required for Discovery:

     The parties request that Defendant file an answer by October 6, 2025, which is 14 days of the date of this stipulated discovery plan, and that the discovery period runs for 180 days from the date of the answer.   Therefore, the parties request that discovery close on Monday **April 6, 2026**.

2.    Amendment of Pleadings and Addition of Parties:

Unless otherwise ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date, which in this matter is not later than Tuesday **January 6, 2026**.

3.    Disclosure of Expert Witnesses:

In accordance with Fed. R. Civ. P. 26(a)(2), disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, not later than Thursday **February 5, 2026**, and disclosures respecting rebuttal experts shall be made thirty (30) days after the disclosure of experts, and not later Monday **March 9, 2026.**

4.    Dispositive Motions:

The parties shall have Wednesday **May 6, 2026**, to file dispositive motions.  This is thirty (30) days after the close of Discovery.

5.    Pretrial Order:

The Proposed Pretrial Order shall be filed by Friday **June 5, 2026**, which is no later than thirty (30) days after the date set for the filing of dispositive motions.  In the event dispositive motions are filed, the date for filing the Joint Pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

6.    FRCP 26(a)(3) Disclosures:

The disclosures required by FRCP 26(a)(3) and any objection thereto shall be included in the pretrial order.

7.    Alternative Dispute Resolution:

The parties certify that they have met and conferred about the possibility of using alternative dispute resolution processes in this case, including mediation, and arbitration. The parties agree that the Court should permit another opportunity for an Early Neutral Evaluation in this case.

8.      Alternative Forms of Case Disposition:

The parties certified that they have considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and FRCP 73 and the use of the Short Trial Program.

9.      Electronic Evidence:

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. It is anticipated that this case will involve electronic evidence. Discussions between the parties will be ongoing as the trial date approaches and any electronic evidence will be presented in a format compatible with the court's electronic jury evidence display system.

10.     Extensions or Modifications of the Discovery Plan and Scheduling Order:

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court no later than 21 days before the expiration of the subject deadline.

LAW OFFICE OF DAN M WINDER PC          DISTRICT ATTORNEY

/s/ *Dan M. Winder*                              /s/Scott R. Davis
Dan M. Winder                                    Scott R. Davis
State Bar No. 001569                             Deputy District Attorney
Arnold Weinstock                                 State Bar No. 10019
State Bar No. 000810                             Nicole R. Malich
3507 W. Charleston Blvd                          Deputy District Attorney
Las Vegas, NV 89102                              State Bar No. 13180
Attorneys for Plaintiff                          500 S. Grand Central Pkwy # 5075
                                                 Las Vegas, NV 89101

**ORDER**

**IT IS THEREFORE ORDERED** that the parties' stipulated discovery plan (ECF No. 38) is **granted in part and denied in part.** It is denied in part regarding the parties' request for an early neutral evaluation. *See* LR 16-6(c); *see* (ECF No. 27). It is granted in all other respects.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: September 25, 2025

1

**CERTIFICATE OF SERVICE**

2        I certify that on this 23rd day of September, 2025, I served a true and correct copy of the

3    foregoing STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER through CM/ECF

4    Electronic Filing system of the United States District Court for the District of Nevada (or, if

5    necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

6

7                                                        Nicole R. Malich
                                                    Deputy District Attorney

8                                                        State Bar No. 13180
                                                    Scott R. Davis

9                                                        Deputy District Attorney
                                                    State Bar No. 10019

10                                                       500 S. Grand Central Pkwy # 5075
                                                    Las Vegas, NV 89101

11

12   /s/Sarai Reyes

13   An authorized agent of
Law Office of Dan Winder, P.C.

14

15

16

17

18

19

20

21

22

23

24

25

26