STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 13180
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail:  Nicole,Malich@ClarkCountyDAnv.gov
        Scott.Davis@ClarkCountyDAnv.gov
Attorneys for Clark County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL HOLMES, | ) | |
| Plaintiff, | ) | Case No:   2:23-cv-01988-JCM-DJA |
| vs. | ) | |
| CLARK COUNTY, a political subdivision of the State of Nevada, | ) | |
| Defendants. | ) | |

**JOINT REQUEST AND ORDER FOR LR 16-5 SETTLEMENT CONFERENCE**

COMES NOW Defendant Clark County, by and through counsel of record, Deputy District Attorney Nicole R. Malich and Deputy District Attorney Scott R. Davis and Plaintiff by and through Daniel Winder, Esq. and Arnold Wienstock, Esq. of the Law Office of Dan Winder and pursuant LR 16-5 and jointly request  that the Court set the above-captioned case for a settlement conference.

/ /

/ /

/ /

/ /

/ /

S: LIT G-I Holmes, Michael Pleadings 2026.03.17 Joint Req & Order for LR16-5 Sttlmnt Conf.docx haj                                   1 of 2

The parties further jointly request that the discovery period in this case be stayed from the date of this request to the date of the settlement conference.

DATED this 17th day of March, 2026.          DATED this 17th day of March, 2026

LAW OFFICE OF DAN M WINDER PC          DISTRICT ATTORNEY

/s/ *Arnold Weinstock*                          /s/ *Scott R. Davis*
Arnold Weinstock Esq.                          Nicole R. Malich
State Bar No. 000810                          Deputy District Attorney
Dan Winder, Esq.                               State Bar No. 13180
State Bar No. 001569                          Scott R. Davis
3507 W. Charleston Blvd                       Deputy District Attorney
Las Vegas, NV 89102                           State Bar No. 10019
Attorneys for Plaintiff                         500 S. Grand Central Pkwy # 5075
                                              Las Vegas. NV 89101

## ORDER

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 41) is GRANTED.  A separate order will issue setting this matter for a settlement conference.

IT IS FURTHER ORDERED that the Court finds good cause to STAY discovery pending the forthcoming settlement conference.  *See Schrader v. Wynn*, 2021 WL 4810324 (D. Nev. Oct. 14, 2021).

IT IS FURTHER ORDERED that, should this matter proceed after the settlement conference, the parties must file a stipulated renewed discovery plan within twenty-one days after the settlement conference concludes.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2026

**From:** Dan M,. Winder <winderdanatty@aol.com>
**Sent:** Tuesday, March 17, 2026 3:39 PM
**To:** Scott Davis <Scott.Davis@clarkcountydanv.gov>
**Subject:** Re: Holmes v Clark County

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Yes, it's good. You have my consent to use my e-signature.

Arnold Weinstock, Esq
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631

**The information in this email communication (e-mail) contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine.** It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful.  If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof.

On Tuesday, March 17, 2026 at 02:55:55 PM PDT, Scott Davis <scott.davis@clarkcountydanv.gov> wrote:

Please see the attached draft joint request for a settlement conference. If you are good with this, please let me know if you consent to use your e-signature. Thanks

Scott Davis
Deputy District Attorney
Office of the District Attorney | Civil Division

1