STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 13180
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Nicole,Malich@ClarkCountyDAnv.gov
          Scott.Davis@ClarkCountyDAnv.gov
Attorneys for Clark County

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL HOLMES, | ) | |
| Plaintiff, | ) | Case No:   2:23-cv-01988-JCM-DJA |
| vs. | ) | |
| CLARK COUNTY, a political subdivision of the State of Nevada, | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE**
**(First Request)**

COMES NOW Defendant Clark County, by and through counsel of record, Deputy District Attorney Nicole R. Malich and Deputy District Attorney Scott R. Davis and Plaintiff by and through Daniel Winder, Esq. and Arnold Wienstock, Esq. of the Law Office of Dan Winder and hereby stipulate to continue the Settlement Conference in the above-captioned case.

The Settlement Conference is currently scheduled for May 20, 2026, however both Deputy District Attorneys Nicole R. Malich and Scott R. Davis have a schedule conflict. Both parties are available on the following proposed dates:

/ / /

May 26, 2026          After Noon

June 22, 2026         After Noon

June 23, 2026         After Noon

June 25, 2026         After Noon

June 29, 2026         After Noon

June 30, 2026         After Noon

Counsel respectfully requests the Settlement Conference currently scheduled for May 20, 2026 to be continued to _____, 2026 at _____ a.m./p.m.

Respectfully submitted by:

DATED this 14th day of April, 2026.          DATED this 14th day of April, 2026.

LAW OFFICE OF                                STEVEN B. WOLFSON
DAN M WINDER PC                              DISTRICT ATTORNEY

*/s/ Arnold Weinstock*                       */s/ Scott R. Davis*
Arnold Weinstock Esq.                        Nicole R. Malich
State Bar No. 000810                         Deputy District Attorney
Dan Winder, Esq.                             State Bar No. 13180
State Bar No. 001569                         Scott R. Davis
3507 W. Charleston Blvd                      Deputy District Attorney
Las Vegas, NV 89102                          State Bar No. 10019
*Attorneys for Plaintiff*                    500 S. Grand Central Pkwy # 5075
*Michael Holmes*                             Las Vegas, NV 89101
                                             *Attorneys for Defendant*
                                             *Clark County*

## **ORDER**

IT IS SO ORDERED that the settlement conference scheduled for May 20, 2026, is **VACATED** and **RESET** for **Monday, June 22, 2026, at 1:30 p.m.** in Courtroom 3A.

IT IS FURTHER ORDERED that confidential written settlement statements are due by 4:00 p.m. on Monday, June 15, 2026.

DATED:  4/20/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE