STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 13180
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Nicole,Malich@ClarkCountyDAnv.gov
Scott.Davis@ClarkCountyDAnv.gov
Attorneys for Clark County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOLMES,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada,<br><br>Defendants. | Case No: 2:23-cv-01988-JCM-EJY |

**JOINT STIPULATION AND ORDER TO LIFT DISCOVERY STAY**

COMES NOW Defendant Clark County, by and through counsel of record, Deputy District Attorney Nicole R. Malich and Deputy District Attorney Scott R. Davis and Plaintiff Michael Holmes by and through Daniel Winder, Esq. and Arnold Wienstock, Esq. of the Law Office of Dan Winder and pursuant the terms of the order staying discovery pending a settlement conference stated in ECF # 41 and the orders to submit a joint updated discovery plan/scheduling order (ECF #47); (ECF # 52); (ECF # 54) the parties stipulate to a remaining discovery schedule as follows:

1. Estimate of Time Required for Discovery:

The parties request that that discovery close on Thursday **October 29, 2026.**

2. Dispositive Motions:

The parties shall have to Monday **November 30, 2026**, to file dispositive motions. This is the first judicial day occurring thirty (30) days after the close of Discovery.

3. Pretrial Order:

The Proposed Pretrial Order shall be filed by Wednesday **December 30, 2026**, thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

DATED this 8th day of September, 2026.

LAW OFFICE OF DAN M WINDER PC

*/s/ Dan Winder* .
Arnold Weinstock Esq.
State Bar No. 000810
Dan Winder, Esq.
State Bar No. 001569
3507 W. Charleston Blvd
Las Vegas, NV 89102
Attorneys for Plaintiff

DATED this 2nd day of September, 2026

DISTRICT ATTORNEY

*/s/ Scott R. Davis* .
Nicole R. Malich
Deputy District Attorney
State Bar No. 13180
Scott R. Davis
Deputy District Attorney
State Bar No. 10019
500 S. Grand Central Pkwy # 5075
Las Vegas, NV 89101
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED this 9th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE